**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ERIC TREND FRIERSON,** | ) |
| Plaintiff, | ) Case No. CV 15-6444 AJW |
| v. | ) J U D G M E N T |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

June 2, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge